**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ARI MARKS-ELLIS,

                   Plaintiff,

      -against-                                 23 **CIVIL** 9618 (KPF)

                                                        **JUDGMENT**

NYU LANGONE HEALTH SYSTEMS,

                  Defendant.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 27, 2025, 2025, Defendant's motion to dismiss is GRANTED. The Court dismisses the Amended Complaint with prejudice; accordingly, the case is closed.

**Dated:** New York, New York
           June 30, 2025

                                                     **TAMMI M. HELLWIG**
                                                        **Clerk of Court**

                          **BY:**

                                                       **Deputy Clerk**